No. 94–1209. KAMIN ET AL. *v.* T. L. C. SERVICES, INC. Commw. Ct. Pa. Certiorari denied.

No. 94–1210. HORN'S POULTRY, INC. *v.* NORWEST TRANSPORTATION, INC. C. A. 7th Cir. Certiorari denied.

No. 94–1212. CAMP *v.* RUFFIN, DBA HARPER TRUCKS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1214. CHAN ET AL. *v.* SOCIETY EXPEDITIONS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1217. BAKER ET AL. *v.* ILLINOIS DEPARTMENT OF REVENUE ET AL. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 94–1219. WAGSHAL *v.* FOSTER ET AL. C. A. D. C. Cir. Certiorari denied.

No. 94–1220. BP CHEMICALS (HITCO), INC. *v.* GAYLORD ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 94–1221. CITY AND COUNTY OF DENVER, COLORADO *v.* CONCRETE WORKS OF COLORADO, INC. C. A. 10th Cir. Certiorari denied.

No. 94–1222. TILSON *v.* FORREST CITY POLICE DEPARTMENT ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–1228. SALAZAR *v.* WHINK PRODUCTS CO. Ct. App. Colo. Certiorari denied.

No. 94–1236. MATIAS ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 94–1249. DRUG EMPORIUM, INC. *v.* PARFUMS GIVENCHY, INC. C. A. 9th Cir. Certiorari denied.

No. 94–1250. BOLINSKE *v.* NORTH DAKOTA STATE FAIR ASSN. Sup. Ct. N. D. Certiorari denied.